UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| INGEBORG SMITH, | |
| | NO. CIV. 2:12-2192 WBS CMK |
| Plaintiff, | |
| v. | ORDER OF RECUSAL |
| DEPUY ORTHOPAEDICS, INC., an Indiana corporation; JOHNSON & JOHNSON SERVICES, INC., a New Jersey corporation; JOHNSON & JOHNSON, INC., a New Jersey corporation; THOMAS P. SCHMALZRIED, MD; and THOMAS P. SCHMALZRIED, MD, A Professional California Corporation; and DOES I through 100, inclusive, | |
| Defendants. | |

----oo0oo----

Pursuant to the provisions of 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in defendant Johnson & Johnson, Inc.

IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings,

1  making appropriate adjustments in the assignments of civil cases
2  to compensate for such reassignment.
3          Any dates previously set in this case are hereby
4  VACATED.
5  DATED: August 23, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2